No. 1431, Misc. IN RE SNEBOLD. Supreme Court of California. Certiorari denied.

No. 1445, Misc. ANDERSON v. WIMAN, WARDEN. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se.* *MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 709, Misc. MILLER v. DISTRICT COURT OF IOWA IN AND FOR LEE COUNTY. Petition for writ of certiorari to the Supreme Court of Iowa denied in light of the representations of the State Attorney General as to the adequacy of state remedies. Petitioner *pro se.* *Evan Hultman,* Attorney General of Iowa, for respondent.

No. 867, Misc. ROGERS v. LOUISIANA. Supreme Court of Louisiana. Certiorari denied. The motion of *G. Wray Gill* and *Gerard H. Schreiber* for leave to withdraw appearances as counsel for petitioner is granted. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Scallan E. Walsh,* Assistant Attorney General, for respondent.

No. 1118, Misc. EVERETT v. NEW YORK. Court of Appeals of New York. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se.* *Edward S. Silver* and *Frank Di Lalla* for respondent.

No. 990, Misc. MILLER v. MILLER. The motion to correct the docket and the petition for writ of certiorari to the United States Court of Appeals for the Second Circuit are denied.